United States District Court
Southern District of Texas
**ENTERED**
August 14, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| MARIO GAYTAN RENDON,<br>*Petitioner,*<br><br>v.<br><br>WARDEN,<br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE),<br>and U.S. DEPARTMENT OF HOMELAND SECURITY,<br>*Respondents.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil No. 5:26-cv-01176 |

# ORDER

On July 20, 2026, Respondents filed a Notice of Anticipated Removal. Dkt. No. 12. Neither party has filed anything further with the Court to date. Accordingly, the Respondents are **ORDERED** to file an advisory notifying the Court whether Petitioner has been removed and informing the Court of the current status of Petitioner by **August 21, 2026**.

IT IS SO ORDERED.

Signed this August 14, 2026, in Laredo, Texas.

Diana Song Quiroga
________________________________
Diana Song Quiroga
United States Magistrate Judge